# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**R.A.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, GUARDIAN AD LITEM PROGRAM, E.N.** and **M.N.,** the children, **JULIANA GAITA, P.A.,**
and **K.G.** and **A.G.,**
Appellees.

No. 4D19-3444

[August 20, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 50-2017-DP-000285 XXXX-MB.

Antony P. Ryan, Regional Counsel, Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, and Valarie Linnen, Special Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, Jacksonville, for appellant.

Andrew Feigenbaum, Appellate Counsel, Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, and Laura J. Lee, Senior Attorney, Appellate Division, Tallahassee, for appellee Guardian Ad Litem Program.

Jane Kreusler-Walsh and Rebecca Mercier Vargas of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Amy Genet, Legal Aid Society of Palm Beach County, Foster Children's Project, West Palm Beach, for appellees E.N. and M.N.

Amy U. Hickman of Hausmann & Hickman, P.A., Boynton Beach, for appellee Juliana Gaita, P.A.

Alan I. Mishael of Alan I. Mishael, P.A., Miami Beach, for appellees K.G. and A.G.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*